

# THE STATE OF TEXAS
## MANDATE

TO THE 294TH DISTRICT COURT OF VAN ZANDT COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 30th day of December, A.D. 2014, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Jerry Don Whatley, Appellant

v.

The State of Texas, Appellee

No. 06-12-00117-CR

Trial Court No. CR05-00442

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the order that Whatley pay $3,249.00 in attorney fees. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Jerry Don Whatley, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 10th day of March, A.D. 2015.

DEBRA K. AUTREY, Clerk

*Debbie Autrey*